```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/8/2026___
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
RENE M. ANTOINE,

                            Plaintiff,

            -against-

EXPERIAN INFORMATION SOLUTIONS,
INC. et al.,

                        Defendants.
-------------------------------------------------------------------X

**25-CV-8795 (DEH) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On January 7, 2026, Defendant, Planet Home Lending LLC ("Planet") filed a letter, upon consent of Plaintiff, requesting an extension of time to respond to the Complaint in the above-entitled action. (ECF No. 20) Planet's request is GRANTED. This will be the final extension to answer, move, or otherwise respond to the complaint absent good cause. Planet's deadline for responding to the Complaint is now **January 26, 2026**.

        **SO ORDERED.**

DATED:      New York, New York
             January 8, 2026

                                   _____
                                   KATHARINE H. PARKER
                                   United States Magistrate Judge