USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
RENE M. ANTOINE,

                      Plaintiff,

        -against-

EXPERIAN INFORMATION SOLUTIONS,
INC. et al.,

                    Defendants.
----------------------------------------------------------------X

**25-CV-8795 (DEH) (KHP)**

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On March 3, 2026, the parties appeared before the undersigned for an Initial Case Management Conference.   After review of the pleadings and consultation with the parties, the following scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Pleadings and Parties.**  The parties may amend the pleadings or, if necessary, join additional parties until **Friday, July 03, 2026**.

**Discovery.**  The Court adopts the parties' joint case management plan as follows:  All fact discovery shall be completed by **Tuesday, November 03, 2026**.  All expert discovery shall be completed by **Wednesday, February 03, 2027**.

**Interim Discovery Deadlines.**  Plaintiff and Defendants shall produce their initial disclosures and an initial set of relevant documents identified on or before **Tuesday, March 17, 2026**. 10 contention interrogatories for each party may be served at the outset of discovery as an exception to the Local Rules, however the parties will be limited to 25 interrogatories total. All depositions shall be completed by **Friday, October 02, 2026.**  Requests for production are to

be served by **Monday, May 04, 2026** and responses will be due by **Thursday, June 04, 2026.** Requests for admission will be served by **Friday, July 03, 2026.**

**Status Letter.**  In lieu of scheduling a case management conference, the parties are directed to file a joint status letter by **Friday, April 03, 2026**.  In the letter the parties will update the court as to the status of discovery and settlement discussions.  The parties are, however, encouraged to contact the Court earlier if they believe a settlement conference sooner would be productive.

**Discovery Disputes.**  The parties shall follow the Court's Individual Procedures with respect to any discovery disputes.  See http://nysd.uscourts.gov/judge/Parker.

**Rule 1 and Rule 26(b)(1).**  Counsel shall comply with Rule 1 and Rule 26(b)(1) in the conduct of discovery.

**Document Requests.**  Counsel shall be fully familiar with their obligations under Rules 34 and 26(g) and consider and discuss ways to ensure compliance and minimize disputes regarding overbreadth and specificity of requests and responses.  A failure to comply with this responsibility carries serious consequences.  Requests for any and all documents on a broad topic are presumptively improper.  Likewise, courts have held that an objection that does not appropriately explain its grounds is forfeited.  *See, e.g.*, *Wesley Corp. v. Zoom T.V. Prods., LLC*, No. 17-100212018, 2018 WL 372700, at *4 (E.D. Mich. Jan. 11, 2018); *Fischer v. Forrest*, No. 14 Civ. 1304 (PAE) (AJP), 2017 WL 773694 (S.D.N.Y. Feb. 28, 2017) ("[A]ny discovery response that does not comply with Rule 34's requirement to state objections with specificity (and to clearly

2

indicate whether responsive material is being withheld on the basis of objection) will be deemed a waiver of all objections (except as to privilege).").

**Consent.** The parties are reminded that they have the option to consent to conduct all proceedings, including a trial, before the undersigned pursuant to 28 U.S.C. § 636(c). If all parties consent, they shall complete and file the Consent form available on the Court's website at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge. This Order is not meant to interfere in any way with the parties' absolute right to have dispositive motions and/or a trial before a United States District Judge, but is merely an attempt at preserving scarce judicial resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).

**SO ORDERED.**

DATED:     New York, New York
           March 3, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge

3