**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

RENE M. ANTOINE,

                              Plaintiff,

            -against-

EXPERIAN INFORMATION SOLUTIONS,
INC. et al.,

                              Defendants.

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__4/1/2026__

**25-CV-8795 (DEH) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On March 31, 2026 Plaintiff filed a status update informing the Court that Plaintiff has been able to resolve this matter as to Defendant Experian Information Solutions Inc and that counsel for Planet Home Lending LLC has represented that she is still is in the process of obtaining settlement authority from her client. The Court congratulates the parties on reaching a resolution to this matter.  In light of Plaintiff's letter, the Court directs the parties to file an additional status letter by **April 24, 2026** as to whether a settlement between Plaintiff and Planet Home Lending LLC has been reached, and if not, what steps, if any, have been taken in the discovery process.

            **SO ORDERED.**

DATED:      New York, New York
            April 1, 2026

_____
KATHARINE H. PARKER
United States Magistrate Judge